**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: INVOLUNTARY TERMINATION OF PARENTAL RIGHTS AND DUTIES CONCERNING K.M.T., A MINOR | : No. 266 MAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>:<br>: |
| PETITION OF: T.T., FATHER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.